IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

VERSUS                                                          CRIMINAL NO. 1:03cr54WJG-2

BYRON LAKEITH WILLIAMS

O R D E R

    THIS CAUSE comes before the Court on the motion of the Defendant, Bryon Lakeith Williams, to release a copy of the Presentence Report [PSR], addenda, objections and Statement of Reasons [SOR] [142-1] currently filed under seal in the court.  According to Williams' attorney, Ray T. Price, the documents are to assist in the preparation of the Defendant's petition brought under 28 U.S.C. § 2255.  (Ct. R., Doc. 142, p. 1.)

    The United States of America [United States] in its response contends that Williams cannot show a reasonable need for the documents.  (Ct. R., Doc. 147, p. 2.)  In addition, the United States asserts that a petition filed under section 2255 would now be time-barred.  (*Id*.) Accordingly, the United States argues that the motion should be denied.  (*Id*.)

    The Court finds that Williams is entitled to a copy of the documents he requests, and further finds that Defendant's motion should be granted. It is, therefore,

    ORDERED that Williams' motion to release a copy of the PSR, addenda, objections and SOR [142-1] be, and is hereby, granted.  It is further,

    ORDERED that the Clerk of the Court for the United States District Court, Southern District of Mississippi, is directed to release a copy of the above referenced documents, with

instructions for the safeguarding of the information therein, to Williams' counsel, Ray T. Price. It is further,

ORDERED that the Clerk, rather than forwarding the documents to Mr. Price via mail or email, shall hold the documents for collection by Mr. Price or one of his staff members.

SO ORDERED this the 18th day of April, 2007.

_____
Walter J. Gex III
UNITED STATES SENIOR DISTRICT JUDGE