IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

VERSUS                                                                CRIMINAL ACTION NO. 1:03cr54WJG-2

BYRON LAKEITH WILLIAMS

ORDER DENYING MOTION FOR SENTENCE REDUCTION

THIS MATTER is before the Court on the motion [171] of Defendant Byron Lakeith Williams for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) based upon amendments to the sentencing guidelines applicable to offenses involving cocaine base, and the subsequent decision by the United States Sentencing Commission [Sentencing Commission] to make this amendment retroactive, pursuant to United States Sentencing Guideline section 1B1.10 effective March 3, 2008.

Upon review of the record in this matter, the Court finds that Defendant is not eligible for a sentence reduction under the amendment due to the amount of drugs attributable to the Defendant in this cause is in excess of 4.5 kilograms currently comprising the upper limit of the guideline range. The Court therefore finds that Defendant's motion is not well-taken and should be denied. It is therefore,

ORDERED AND ADJUDGED that Defendant's motion [171] for sentence reduction be, and are hereby denied.

SO ORDERED AND ADJUDGED this the 11th day of March, 2011.

*Walter J. Gex III*
UNITED STATES SENIOR DISTRICT JUDGE