AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Mississippi

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG 03 2015
ARTHUR JOHNSTON
BY _____ DEPUTY

United States of America
v.
BYRON LAKEITH WILLIAMS

Case No: 1:03cr54-002
USM No: 07319-043

Date of Original Judgment: 12/06/2004
Date of Previous Amended Judgment: 04/29/2013
*(Use Date of Last Amended Judgment if Any)*

Kelly M. Williams
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of    235    months **is reduced to**    188 months    .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated    12/06/2004    shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 8/3/2015

Judge's signature

Effective Date: 11/01/2015
*(if different from order date)*

The Honorable Louis Guirola, Chief U.S. District Court Judge
*Printed name and title*